**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

- ●    3AP          Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
- ☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Melba Cabrera                                              CASE NO.:    12-40913 LMI
Last Four Digits of SS#: 7802                                       CHAPTER 13

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,163.00 for months   1  to   5   ;
    B.    $ 1,186.00 for months   6  to  15  ;
    C.    $ 1,206.00 for months  16  to  60  ; in order to pay the following creditors

Administrative:    Attorney's Fees and Costs:  $3,500.00 (base Chapter 13 fee)
                      Attorney's Fees                  $750.00 (Motion to Value)
                      Total Attorney's Fees        $4,250.00
                      Amount Paid (Pre-Petition):  $1,000.00
                      Balance Due                      $3,250.00 payable $ 216.66/month (Months  1  to  15 )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: None

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Nationstar Mortgage LLC Acct# 1472 First Mortgage | Real property: 7220 Fairway Drive, Miami Lakes, FL 33014 Value: $53,000.00 | 5.25% <br><br> 5.25% | $829.88 <br><br> $1065.05 | 1 to 15 <br><br> 16 to 60 | $60,375.43 |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]:

Unsecured Creditors:       Pay $ 0.00  /month   (Months  1  to  5  ).
                              Pay $ 20.00 /month   (Months  6  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The Debtor is current and will pay directly outside the Plan the HOA for the real property located at 7220 Fairway Drive, Miami lakes, FL 33014, including taxes and insurance, if applicable.
2. The Debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary.

LF-31(rev. 1/08/10)

Debtor: Melba Cabrera
Date:

LF-31(rev. 1/08/10)